GARY M. RESTAINO
United States Attorney
District of Arizona
EMMA H. MARK
Assistant United States Attorney
Arizona State Bar No. 032249
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: emma.mark@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>1. Mike Duffy III, and<br>2. Charles Lyle Truax,<br><br>　　　　　Defendants. | No.   CR-22-08042-PCT-DGC (ESW)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of Firearm and Ammunition)<br>Counts 1 and 2<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. § 853, and<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about May 4, 2022, in the District of Arizona, the defendant MIKE DUFFY III, did possess, in and affecting interstate commerce, a firearm and 142 pieces of ammunition, that is: (1) one Interstate Arms Corp. Model Hawk 981R shotgun, with serial number 0107211; (2) 34 live rounds of .223 caliber ammunition bearing the Remington brand; and (3) 108 live rounds of .22 caliber ammunition bearing the Remington brand. The defendant knowingly possessed the firearm and ammunition, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On or about May 4, 2022, in the District of Arizona, the defendant CHARLES LYLE TRUAX, did possess, in and affecting interstate commerce, a firearm and 142 pieces of ammunition, that is: (1) one Interstate Arms Corp. Model Hawk 981R shotgun, with serial number 0107211; (2) 34 live rounds of .223 caliber ammunition bearing the Remington brand; and (3) 108 live rounds of .22 caliber ammunition bearing the Remington brand. The defendant knowingly possessed the firearm and ammunition, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein. Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 and 2 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

    1 Interstate Arms Corp. Model Hawk 981R shotgun, with serial number 0107211;

    34 live rounds of .223 caliber ammunition bearing the Remington brand; and

    108 live rounds of .22 caliber ammunition bearing the Remington brand

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: May 10, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
EMMA H. MARK
Assistant U.S. Attorney